FILED
Jan 24, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WHATS APP LLC ACCOUNT FOR CELLULAR TELEPHONES WITH MOBILE TELEPHONE NUMBER (661) 331-0026. | CASE NO. 1:22-SW-00031 SAB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **Jan 21, 2022**

Hon. Stanley A. Boone
U.S. MAGISTRATE JUDGE